### SYLVIA ZOELLER v. J. A. FITZSIMMONS, et al.

26 So. (2nd) 505            January Term, 1946
May 24, 1946                  Division A

*Davis & Lockhart* and *J. Lewis Hall,* for appellant.

*J. A. Fitzsimmons,* in proper person.

PER CURIAM:

This appeal is from a final judgment dismissing a declaration after sustaining a demurrer thereto, the plaintiff declining to plead further. The record and the briefs have been examined, and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### WILLIAM McCRAY v. STATE OF FLORIDA

26 So. (2nd) 507            January Term, 1946
May 24, 1946                  Division A

*William McCrary,* in proper person.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Order denying writ of error coram nobis is affirmed because petition for the writ fails to allege facts which are sufficient to warrant the relief prayed.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.